ANNA A. DE MARIA, as Administratrix of the Estate of MIKE DE MARIA, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*De Maria* v. *N. Y. Central R. R. Co.*, 180 App. Div. 573, affirmed.
(Argued December 1, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judical department, entered December 26, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action, under the Federal Employers' Liability Act, to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The intestate, a trackwalker at North White Plains, while assisting during a snow storm in cleaning out a switch, was struck by a backing freight locomotive and killed. Defendant contended that intestate was employed as a watchman and that it was his special duty to watch for approaching trains so as to warn those employed about the tracks.

*John F. Brennan* for appellant.

*Thomas J. O' Neill* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.